**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOHN FLYNN, | : | CIVIL NO. 3:25-cv-00636 (SFR) |
| *Petitioner* | : | |
| | : | |
| | : | |
| V. | : | |
| | : | |
| WHITING FORENSIC HOSPITAL, | : | |
| *Respondent* | : | May 2, 2025 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in the above-captioned case for Respondent,

Whiting Forensic Hospital.

Dated at Hartford, Connecticut, this 2nd day of May 2025.

DEFENDANT
WHITING FORENSIC HOSPITAL

WILLIAM TONG
ATTORNEY GENERAL

BY:    /s/ *Shawn L. Rutchick*
Shawn L. Rutchick
Assistant Attorney General
Federal Bar No. ct24866
165 Capitol Avenue
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
shawn.rutchick@ct.gov

## CERTIFICATION

I hereby certify that on May 2, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

John Flynn
Whiting Forensic Hospital
P.O. Box 70
Middletown, CT  06457

/s/ *Shawn L. Rutchick*
Shawn L. Rutchick
Assistant Attorney General