(d) Each receiving party shall refrain from distributing or otherwise using the inadvertently disclosed information or material for any purpose until any issue of privilege is resolved by agreement of the parties or by the Court. Notwithstanding the foregoing, a receiving party may use the inadvertently produced information or materials to respond to a motion by the Designating Party seeking return or destruction of such information or materials.

(e) If a receiving party becomes aware that it is in receipt of information or materials which it knows or reasonably should know is privileged, Counsel for the receiving party shall immediately take steps to (i) stop reading such information or materials, (ii) notify Counsel for the Designating Party of such information or materials, (iii) collect all copies of such information or materials, (iv) return such information or materials to the Designating Party, and (v) otherwise comport themselves with the applicable provisions of the Rules of Professional Conduct.

6.    **Other Orders and Rights Not Prejudiced**

The foregoing is entirely without prejudice to the right of any party to apply to the Court for any further Protective Order relating to Designated Material; or to object to the production of Designated Material; or to apply to the Court for an order compelling production of Designated Material; or for modification of this Order; or to seek any other relief from the Court.

7.    **Modifications to Order**

The restrictions imposed by this Order may be modified or terminated only by further order of the Court.

IT IS SO ORDERED.

/s/ *Sarah F. Russell*
United States District Judge

*[handwritten: I have no computer. No paper, No Pen most of the time, No internet access, no Attorney.]*

Rev. 1/6/25

5

MAY 5 2025 PM2:25
FILED-USDC-CT-HA

## EXHIBIT A

I have been informed by counsel that certain documents or information to be disclosed to me in connection with the matter entitled _Flynn vs DmHAS/_ _Whtey/Naukretta_ have been designated as confidential. I have been informed that any such documents or information labeled "CONFIDENTIAL PRODUCED PURSUANT TO PROTECTIVE ORDER" are confidential by Order of the Court. *Certain documents are confidential none of mine are. unless marked.*

I hereby agree that I will not disclose any information contained in such *Confidential* documents to any other person. I further agree not to use any such information for any purpose other than this litigation.


_John Flynn_ -        DATED: _4/30/25_

Signed in the presence of: _John [signature]_        _Sui Junis._

_Pro Se._        (Attorney)


*If they are marked Confidential*

*I will not share them.*

*So far I have nothing*

*and nothing is marked Confidential.*

*I want discovery.*

Exhibit A.

3: 25 0650 SFR
3: 25 00636 SFR.

Flynn v DmHAS including forensic et all.

450 Main St.

Hartford Ct. 06103

HARTFORD CT 060
1 MAY 2025 PM 2
FIRST-CLASS

US POSTAGE PB PITNEY BOWES
ZIP 06457 $000.69
02 7W
0008037765 MAY 01 2025

06103-302299