UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Flynn

v.

Whiting Forensic Hospital

Case: 3:25-cv-636(SFR)

## ORDER RETURNING SUBMISSION

We received your submission however; it is deficient in the area(s) checked below:

☐ Our records indicate you are represented by counsel in this matter. Therefore, all filings must be made by the attorney of record.

☐ Plaintiff is restricted from filing a new complaint in this district, without prior leave of the Court.

☐ Your pro se appearance is being returned because the rights of self-representation and representation by counsel cannot be both exercised at the same time. (See O'Reilly v. New York Times Co., 692 F.2d 863, 868 (2d Cir. 1982.)

☑ Other:
You must be a party to make filings in a case.

The Clerk is hereby ORDERED to return the above document.

Date: May 15, 2025

United States District Judge

( JP )

Rev. 12-10-24