United States District Court
District of Connecticut
FILED AT   BRIDGEPORT
5/5 , 20 25
Dinah Milton Kinney, Clerk
By _____ Deputy Clerk

MAY 5 2025 PM2:59
FILED-USDC-CT-HARTFORD

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**Abraham Ribicoff Federal Building**
**450 Main Street, Hartford, CT 06103**

Case No.: 3:25-cv-00636-SFR

IN THE MATTER OF THE UNLAWFUL RESTRAINT OF:
JOHN FLYNN,
Petitioner, in esse, sui juris

v.

**WHITING FORENSIC HOSPITAL**, and other Respondents,
Agents acting under color of law

## EMERGENCY NOTICE AND DEMAND FOR CONSTITUTIONAL RECOGNITION OF HABEAS CORPUS FILING

### (Not Subject to Statutory Filing Fees)

To the Clerk of the Court:

Petitioner, John Flynn, in esse, sui juris, by and through the undersigned next friend, hereby submits this Emergency Notice and Demand for Constitutional Recognition of the Habeas Corpus Petition filed and docketed in this matter as Case No. 3:25-cv-00636-SFR.

This Notice is submitted to clarify the record and protect the constitutional status of the present habeas corpus petition. Multiple habeas filings appear to have been submitted by third parties on behalf of John Flynn in recent weeks. While well-intentioned, these filings may have been docketed under **statutory habeas authorities** such as Title 28 U.S.C. § 2241, § 2254, or even as "In re" matters, and may be subject to automatic rejection or fee-based dismissal under federal procedural rules.

This filing, by contrast, proceeds **solely under the organic Constitution for the United States of America, Article I, Section 9, Clause 2 (the Suspension Clause), and the Habeas Corpus Act of February 5, 1867, 14 Stat. 385.** It is not submitted under Title 28 U.S.C. nor under any statutory or administrative authority.

### Petitioner Affirms:

1. The Great Writ of Habeas Corpus is an **unalienable right,** not a privilege.
2. No payment, statutory exhaustion, or procedural bar may impede the judicial review secured by Article I, Section 9, Clause 2.

3. Any appearance of fee deficiency, form rejection, or clerical misunderstanding must not result in dismissal or denial of Petitioner's constitutional habeas rights.

## Petitioner Requests:

That this Court, to the extent it deems proper and lawful, consider consolidating any current or future habeas corpus filings referencing John Flynn which may have been or may yet be submitted by third parties, so as to avoid confusion, duplication, or procedural prejudice to the constitutional petition at hand.

- Immediate recognition that the currently active case, 3:25-cv-00636-SFR, is the operative and constitutionally grounded petition; originally docketed in statutory form, this case is now corrected and clarified through this Notice to reflect its true foundation under the organic Constitution and the Habeas Corpus Act of 1867.
- That any clerical or procedural rejections of earlier docket numbers (see Appendix A) **not prejudice or impede the constitutional petition now before this Court.**
- That the Court treat this Notice as a formal correction and protective clarification against any suggestion of frivolity, duplication, or default.

Attached hereto is **Appendix A: List of PACER docket entries** reflecting other filings believed submitted by various third parties, many of which may be duplicative, incomplete, or defective under federal statutory standards.

Petitioner further demands that the Clerk transmit this Emergency Notice to the assigned judicial officer and enter this clarification into the docket as part of the official record.

Petitioner also respectfully notes that a previously executed document titled "NOTICE OF CORRECTION AND DEMAND FOR RECOGNITION OF CONSTITUTIONAL HABEAS CORPUS," mailed by Petitioner on or about April 28, 2025 from Whiting Forensic Hospital, appears to have been delayed or obstructed, and was not received or docketed by the Court as intended. The undersigned next friend is therefore resubmitting this filing directly on Petitioner's behalf to ensure it reaches the record. No delay should be attributed to Petitioner, who acted in good faith and timely. and enter this clarification into the docket as part of the official record.

Respectfully submitted this 2nd day of May 2025.

*/s/ Lori Hopkins-Cavanagh/*

Lori Hopkins-Cavanagh. Next Friend to Petitioner, John Flynn
Acting by right, not by license
"Private Domicile, Connecticut Republic"
lorionliberty@gmail.com, 860-449-2007

**APPENDIX A**

PACER listings reflecting prior filings related to John Flynn:

- 3:2025cv00550
- 3:2025cv00572
- 3:2025cv00573
- 3:2025cv00574
- 3:2025cv00670
- 3:2025cv00601
- 3:2025cv00611
- 3:2025cv00641
- 3:2025cv00636 (subject filing)
- 3:2025cv00637
- 3:2025cv00663
- 3:2025cv00647
- 3:2025cv00654
- 3:2025cv00655
- 3:2025cv00672
- 3:2025cv00673
- 3:2025cv00688

Filed under constitutional authority only. No fees tendered. No waivers made. All rights reserved.

**CERTIFICATE OF SERVICE**

I, Next Friend Lori Hopkins-Cavanagh, hereby certify under penalty of perjury under the laws of the United States of America that on this 2nd day of May 2025, I caused a true and correct copy of the foregoing:

EMERGENCY NOTICE AND DEMAND FOR CONSTITUTIONAL RECOGNITION OF HABEAS CORPUS FILING

along with Appendix A, to be served by United States Postal Service Certified Mail, with tracking, properly addressed to:

**Clerk of Court**
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

Executed this 2nd day of May 2025.

Respectfully submitted,

*/s/ LHC*

Next Friend Lori Hopkins-Cavanagh
In esse, sui juris



USPS Priority Mail envelope.

FROM: Lori Hopkins Cavanagh
1 Pine Woods Rd.
North Stonington, CT 06359

TO: Clerk of Court
US District Court
Bridgeport
915 Lafayette Blvd
Bridgeport, CT 06604

Stamp: X-RAY SCREEN COMPLETED