United States District Court
District of Connecticut
FILED AT BRIDGEPORT
5/14 2025
Dinah Milton Kinney, Clerk
By_____
Deputy Clerk

RECEIVED
MAY 14 2025
U.S. DISTRICT COURT
BRIDGEPORT, CT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

Petitioner:
John Flynn, in esse, sui juris

v.

State Prosecuting Attorney Andres Bermudez-Halstrom, in his personal and official capacity

Judge Mary Elizabeth Reid, in her personal and official capacity

Department of Mental Health and Addiction Services Commissioner Nancy Navarretta, in her personal and official capacity

Jose Crego, CEO at Whiting Forensic Hospital, in his personal and official capacity

Constitutional Petition for Writ of Habeas Corpus
and
Demand for Issuance of Constitutional Writ of Quo Warranto

Case No: 3:25-cv-00636-SFR

Without prejudice, reserving all unalienable rights, waiving none.

Table of Contents

1. Notice to Clerk
2. Table of Contents
3. Affidavit of Support
4. Memorandum of Law
5. Proposed Order
6. Constitutional Quo Warranto Supplement
7. Certificate of Service
8. Reservation of Rights
9. Declaration of Next Friend

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

Demandant: John Flynn,

v.

Respondents: State Prosecuting Attorney Andres Bermudez-Halstrom, in his personal and official capacity; Judge Mary Elizabeth Reid, in her personal and official capacity; Department of Mental Health and Addiction Services Commissioner Nancy Navarretta, in her personal and official capacity; and Jose Crego, CEO at Whiting Forensic Hospital, in his personal and official capacity

Case No. 3:25-cv-00636-SFR

**NOTICE TO CLERK OF THE COURT**

Petitioner respectfully provides the following notice to the Clerk of Court:

1. Petitioner proceeds solely under the Constitution for the United States of America, Article I, Section 9, Clause 2 (The Suspension Clause), and the Habeas Corpus Act of February 5, 1867, 14 Stat. 385.
2. This Petition is not brought under Title 28 U.S.C. § 2241, § 2254, § 2255, nor under 42 U.S.C. § 1983, and is therefore not subject to statutory administrative procedures, "exhaustion" requirements, or fee payment obligations.
3. The Great Writ of Habeas Corpus is an unalienable right, not a privilege, and cannot be conditioned on the payment of any filing fee. See Ex parte Hull, 312 U.S. 546 (1941); Smith v. Bennett, 365 U.S. 708 (1961).
4. Petitioner is indigent, unlawfully detained, and demands recognition of this filing as a Constitutional Habeas Corpus Petition entitled to judicial review without fees, costs, or procedural obstacles inconsistent with the Great Writ.
5. Petitioner demands that this Petition be filed forthwith, docketed, and immediately presented to a United States District Judge for consideration on its merits under original constitutional jurisdiction.

Respectfully submitted,

*[signature]*

John Flynn, by Lori Hopkins-Cavanagh, Next Friend
In esse, sui juris
Dated: 05/12/2025

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

Demandant: John Flynn,

v.

Respondents: State Prosecuting Attorney Andres Bermudez-Halstrom, in his personal and official capacity; Judge Mary Elizabeth Reid, in her personal and official capacity; Department of Mental Health and Addiction Services Commissioner Nancy Navarretta, in her personal and official capacity; and Jose Crego, CEO, Whiting Forensic Hospital, in his personal and official capacity

Case No. 3:25-cv-00636-SFR

**AFFIDAVIT IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS AND DEMAND FOR WRIT OF QUO WARRANTO**

I, John Flynn, in esse, sui juris, do solemnly declare under penalty of perjury as follows:

1. I am a natural person, created by the Almighty, endowed with unalienable rights, and competent to make this sworn declaration.
2. On March 24, 2025 I was seized and involuntarily committed to Whiting Forensic Hospital by order of Elizabeth Reid, Superior Court Judge for the State of Connecticut; under false accusations by State Prosecuting Attorney Andres Bermudez-Halstrom; based upon a fraudulent forensic ordered by Department of Mental Health and Addiction Services Commissioner Nancy Navarretta; and facilitated by Jose Crego, CEO, Whiting Forensic Hospital.
3. The commitment was ordered without a valid judicial warrant, without a presentment to or indictment by a grand jury, and without a lawful adjudication by a jury of my peers as secured by the Seventh Amendment to the Constitution for the United States of America.
4. I have been subjected to forced drugging / threats of forced drugging against my will, in violation of my right to bodily autonomy and integrity under the Fourth and Fifth Amendments.
5. I have credible reason to believe, based on communications with Whiting Forensic Hospital staff, statutory notices delivered by Connecticut Legal Rights Project, Inc, Kirk W. Lowry, and court documents, that Respondents are orchestrating "competency" proceedings to unlawfully seize control over my private property and estate through probate processes without lawful due process.
6. I have not consented to any administrative or probate jurisdiction, nor have I waived my unalienable rights.
7. I am presently under unlawful detention, deprived of my liberty without due process, and suffering ongoing irreparable harm.

I demand immediate release and restoration of my liberty under the Great Writ of Habeas Corpus and further demand the issuance of a Constitutional Writ of Quo Warranto against Respondents: State Prosecuting Attorney Andres Bermudez-Halstrom, in his personal and official capacity;

Judge Mary Elizabeth Reid, in her personal and official capacity; Department of Mental Health and Addiction Services Commissioner Nancy Navarretta, in her personal and official capacity; and Jose Crego, CEO, Whiting Forensic Hospital, in his personal and official capacity

8. Executed on 05/12/2025

Respectfully submitted,

*[signature]*

Lori Hopkins-Cavanagh, In esse, sui juris
Next Friend for John Flynn
1 Pine Woods Road
North Stonington, CT 06359
Dated: 05/12/2025

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

Demandant: John Flynn,

v.

Respondents: Prosecuting Attorney Andres Bermudez-Halstrom, in his personal and official capacity; Judge Mary Elizabeth Reid, in her personal and official capacity; Department of Mental Health and Addiction Services Commissioner Nancy Navarretta, in her personal and official capacity; and Jose Crego, CEO, Whiting Forensic Hospital, in his personal and official capacity

Case No. 3:25-cv-00636-SFR

**MEMORANDUM OF LAW IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS**

**AND DEMAND FOR ISSUANCE OF CONSTITUTIONAL WRIT OF QUO WARRANTO**

I. STATEMENT OF JURISDICTION

Petitioner proceeds under the supreme law of the land: the Constitution for the United States of America, Article I, Section 9, Clause 2 (The Suspension Clause), and the Habeas Corpus Act of February 5, 1867, 14 Stat. 385. This action is not brought pursuant to Title 28 U.S.C. § 2241, § 2254, § 2255, nor under 42 U.S.C. § 1983. Petitioner asserts that the Great Writ of Habeas Corpus is an unalienable right, not a statutory privilege, and demands judicial review free from procedural barriers inconsistent with its constitutional nature.

II. STANDING OF DEMANDANT

Petitioner is a natural person, sui juris, created by the Almighty and endowed with unalienable rights, among them life, liberty, property, and conscience, secured by the Declaration of Independence (1776) and protected under the Constitution for the United States of America and the Constitution of the State of Connecticut. Petitioner retains all rights, waives none, and proceeds by right.

III. HISTORICAL AND CONSTITUTIONAL BASIS OF THE GREAT WRIT

The Writ of Habeas Corpus is an ancient and fundamental remedy against unlawful restraint. The Great Writ is "the fundamental instrument for safeguarding individual freedom against arbitrary and lawless state action" (see Preiser v. Rodriguez, 411 U.S. 475, 485 (1973)). Its power emanates directly from the Suspension Clause and is not dependent on legislative enactment.

The Supreme Court has affirmed that the right to petition for habeas corpus is unalienable and cannot be conditioned on fees, procedural technicalities, or exhaustion doctrines where the

Constitution itself is the foundation. (Ex parte Hull, 312 U.S. 546 (1941); Smith v. Bennett, 365 U.S. 708 (1961)).

## IV. RIGHT TO BODILY INTEGRITY AND LIBERTY SECURED BY NATURAL LAW AND CONSTITUTION

Petitioner has been subjected to unlawful detention at Whiting Forensic Hospital pursuant to an order by Respondents: State Prosecuting Attorney Andres Bermudez-Halstrom, in his personal and official capacity; Judge Mary Elizabeth Reid, in her personal and official capacity; Department of Mental Health and Addiction Services Commissioner Nancy Navarretta, in her personal and official capacity; and Jose Crego, CEO, Whiting Forensic Hospital, in his personal and official capacity, without lawful warrant or due process of law. Further, forced administration or threatened administration of psychotropic drugs constitutes bodily assault, violating the Fourth and Fifth Amendments' protections against unlawful search, seizure, and deprivation of liberty without due process.

Natural law, as recognized in the Law of Nations (Vattel, The Law of Nations, 1758) and the foundational principles of the United States, prohibits such nonconsensual medical battery, reflecting the rights to bodily sovereignty and informed consent upheld in the Nuremberg Code.

## V. JURISDICTIONAL CHALLENGE TO RESPONDENTS UNDER WRIT OF QUO WARRANTO

Petitioner further demands the issuance of a Constitutional Writ of Quo Warranto against Respondent: State's Attorney Joseph T. Corradino, in his personal and official capacity; Andres Bermudez-Halstrom, in his personal and official capacity; Judge Mary Elizabeth Reid, in her personal and official capacity; Department of Mental Health and Addiction Services Commissioner Nancy Navarretta, in her personal and official capacity; and Jose Crego, CEO, Whiting Forensic Hospital, in his personal and official capacity, to compel proof of lawful authority to:

- Deprive Petitioner of liberty through involuntary commitment;
- Order administration of forced medication;
- Utilize unlicensed, unqualified therapists and staff to 'practice law' and engage in improper questioning as to the Petititoners' understanding of the law, his privileged conversations with legal advisors, his 'future options', and plea deals - while isolated from friends, without representation, and while under duress;
- Initiate or preside over competency proceedings aimed at conversion of Petitioner's private property through probate mechanisms.

Under Article VI of the U.S. Constitution, all officers are bound by oath to support the supreme Law of the Land. The judge's acts are ultra vires and void ab initio if not based on constitutional delegation and oaths properly administered and evidenced.

The Writ of Quo Warranto demands production of lawful authority or cessation of purported office in relation to this unlawful conduct. Failure to provide such proof warrants immediate vacatur of actions taken and restitution.

VI. DEMAND FOR IMMEDIATE DISCHARGE AND VACATUR OF UNLAWFUL ORDERS

In accordance with the Great Writ, Petitioner demands immediate discharge from unlawful detention and nullification of all orders predicated on fraudulent, ultra vires, or administrative proceedings, including any so-called "competency" proceedings aimed at improper probate or seizure of assets.

The Court is under constitutional duty to act to safeguard the rights secured by the supreme Law.

VII. PRAYER FOR RELIEF

WHEREFORE, Petitioner respectfully demands:

1. Immediate issuance of the Great Writ of Habeas Corpus discharging Petitioner from unlawful detention;
2. Issuance of a Writ of Quo Warranto against: State Prosecuting Attorney Andres Bermudez-Halstrom, in his personal and official capacity; Judge Mary Elizabeth Reid, in her personal and official capacity; Department of Mental Health and Addiction Services Commissioner Nancy Navarretta, in her personal and official capacity; and Jose Crego, CEO, Whiting Forensic Hospital, in his personal and official capacity, requiring production of conclusive proof of lawful authority or immediate vacatur of office as it pertains to this matter;
3. Nullification and vacatur of all unlawful orders issued against Petitioner, including orders for psychiatric commitment, forced drugging, and any competency proceedings;
4. Restitution for all losses suffered by Petitioner as a result of unlawful detention, including personal property loss, bodily injury, and violations of unalienable rights;
5. Any further relief as law and principle require.

Respectfully submitted,

*[signature]*

Lori Hopkins-Cavanagh, In esse, sui juris
Next Friend for John Flynn
1 Pine Woods Road
North Stonington, CT 06359

Dated 05/12/2025

THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

Demandant: John Flynn

v.

Respondents: Prosecuting Attorney Andres Bermudez-Halstrom, in his personal and official capacity; Judge Mary Elizabeth Reid, in her personal and official capacity; Department of Mental Health & Addiction Services Commissioner Nancy Navarretta, in her personal and official capacity; and Jose Crego, CEO, Whiting Forensic Hospital, in his personal and official capacity

Case No. 3:25-cv-00636-SFR

**PROPOSED ORDER**

The Court, having reviewed the Constitutional Petition for Writ of Habeas Corpus and Demand for Issuance of a Constitutional Writ of Quo Warranto filed by John Flynn, Demandant and Petitioner herein, and being fully advised in the premises, hereby finds and orders as follows:

1. The Petitioner's demand for a Writ of Habeas Corpus is **GRANTED**. Petitioner shall be immediately released and discharged from any form of detention or custody at Whiting Forensic Hospital.
2. The Petitioner's demand for issuance of a Constitutional Writ of Quo Warranto is **GRANTED**. Respondent: State Prosecuting Attorney Andres Bermudez-Halstrom, in his personal and official capacity; Judge Mary Elizabeth Reid, Department of Mental Health and Addiction Services Commissioner Nancy Navarretta, and Jose Crego, CEO at Whiting Forensic Hospital, shall, within fourteen (14) days of service of this Order, produce conclusive documentary evidence of lawful, constitutional authority enabling the issuance of the detention, forced medication, and competency orders against Petitioner. Failure to do so shall render such orders null, void, and of no lawful force or effect.
3. Any and all proceedings against Petitioner based upon said unlawful and void orders—including but not limited to probate, competency, and guardianship actions—are hereby enjoined and dismissed with prejudice.
4. Petitioner is entitled to restitution for all losses and damages suffered as a result of the unlawful detention, to be determined in a subsequent evidentiary proceeding if necessary.
5. The Clerk of the Court is directed to serve a certified copy of this Order upon all named Respondents without delay.

IT IS SO ORDERED.

Date: _____

_____

**United States District Judge**

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

Demandant: John Flynn,

v.

Respondents: State Prosecuting Attorney Andres Bermudez-Halstrom, in his personal and official capacity; Judge Mary Elizabeth Reid, in her personal and official capacity; Department of Mental Health and Addiction Services Commissioner Nancy Navarretta, in her personal and official capacity; and Jose Crego, CEO, Whiting Forensic Hospital, in his personal and official capacity

Case No. 3:25-cv-00636-SFR

## COVER SHEET

Title: Supplemental Material in Support of Constitutional Writ of Quo Warranto

Filed by: John Flynn, in esse, sui juris

Nature of Filing: Constitutional challenge and demand for proof of lawful authority under Article VI of the Constitution for the United States of America and applicable natural law principles.

Relief Sought:

- Production of evidence of constitutional authority by Respondents;
- Full constitutional review of Respondents' actions;
- Immediate remedy for any usurpation, trespass, or misconduct demonstrated;
- Mandamus or removal if lawful authority is not proven.

Basis of Jurisdiction:

- Original and Constitutional Jurisdiction under the Constitution for the united States of America (Article III, Section 2);
- Preservation of remedy under Habeas Corpus principles (Article I, Section 9, Clause 2);
- Secured right to petition for redress of grievances (First Amendment).

## SUPPLEMENTAL MATERIAL IN SUPPORT OF CONSTITUTIONAL WRIT OF QUO WARRANTO

Demandant, proceeding in esse, sui juris, without submission to any administrative jurisdiction, and reserving all unalienable rights, respectfully submits the following:

Premises of Authority:

- Declaration of Independence (1776), as foundation of the lawful American polity.
- Constitution for the United States of America (1789-1791), Article VI, clauses 2 and 3.
- First Ten Amendments (Bill of Rights), Articles IV, V, VII, IX, and X.
- Case law confirming perpetuity and supremacy of constitutional principles (e.g., Ogden v. Saunders, 25 U.S. 213 (1827); Bailey v. Alabama, 219 U.S. 219 (1911)).
- Right to remedy secured under constitutional due process.

Purpose of the Writ of Quo Warranto:

1. To compel any public officer to produce lawful, constitutional authority for the exercise of power or jurisdiction claimed;
2. To challenge and void any acts conducted under color of law where no lawful delegation exists;
3. To require dismissal, restitution, and removal where misconduct or usurpation is proven;
4. To secure the Petitioner's unalienable rights against trespass or administrative overreach.

Demand for Production:

Respondents must, within a period set by this Court (suggested: fourteen [14] days), produce the following:

- A certified copy of their constitutional oath of office;
- A full statement of enabling authority justifying their acts, specific to the facts at issue;
- Evidence that such acts do not contravene the supreme Law of the Land.

Failure to Produce:

Failure to comply with this lawful demand shall result in:

- Immediate mandamus ordering resignation or removal;
- Forfeiture of all privileges, emoluments, and authority derived from the office;
- Referral for criminal prosecution where appropriate;
- Demand for restitution to the injured party.

Conclusion:

The right to lawful, constitutional government is foundational. No officer has lawful power to act beyond or against that which is constitutionally delegated. Petitioner demands immediate and full constitutional review and enforcement.  Respectfully and by right,

*[signature]*

Lori Hopkins-Cavanagh, In esse, sui juris
Next Friend for John Flynn
1 Pine Woods Road, North Stonington, CT 06359

**CERTIFICATE OF SERVICE**

I, Lori Hopkins-Cavanagh in esse, sui juris, hereby certify under penalty of perjury that on this 12th day of May 2025, I caused a true and correct copy of the foregoing:

- Constitutional Petition for Writ of Habeas Corpus,
- Demand for Issuance of Constitutional Writ of Quo Warranto,
- Supporting Affidavit, Memorandum of Law, Proposed Order, and Supplemental Material,

to be served upon the following party by United States Postal Service Certified Mail with tracking, properly addressed as follows:

Clerk of Court
United States District Court
District of Connecticut
450 Main Street
Hartford, Connecticut 06103

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of May 2025.

Respectfully submitted,

*[signature]*

Lori Hopkins-Cavanagh, In esse, sui juris
Next Friend for John Flynn
1 Pine Woods Road
North Stonington, CT 06359

**RESERVATION OF RIGHTS NOTICE**

I, Lori Hopkins-Cavanagh, in esse, sui juris, hereby give formal Notice:

- That I proceed in all matters under the authority of the Constitution for the United States of America (1789-1791), and the applicable organic laws foundational to this Union;
- That I reserve all of my unalienable rights, secured by the supreme Law of the Land, and waive none, whether enumerated or unenumerated;
- That my use of any notary, mailing service, or procedural formality shall not be construed as a submission to any foreign, administrative, statutory, or inferior jurisdiction;
- That this filing is made strictly without prejudice to any rights or remedies at law or in equity;
- That I do not consent to any presumption or inference contrary to my standing as a natural woman, proceeding by right, by law, and by duty to justice.

Executed this 12th day of May 2025.

Respectfully and by right,

*[signature]*

Lori Hopkins-Cavanagh, In esse, sui juris
Next Friend for John Flynn
1 Pine Woods Road
North Stonington, CT 06359

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

Demandant: John Flynn,

v.

Respondents: Prosecuting Attorney Andres Bermudez-Halstrom, in his personal and official capacity; Judge Mary Elizabeth Reid, in her personal and official capacity; Department of Mental Health and Addiction Services Commissioner Nancy Navarretta, in her personal and official capacity; and Jose Crego, CEO, Whiting Forensic Hospital, in his personal and official capacity

Case No. 3:25-cv-00636-SFR

**DECLARATION OF NEXT FRIEND STANDING**

I, Lori Hopkins-Cavanagh, declare under penalty of perjury under the laws of the United States of America:

1. I am acting as Next Friend for John Flynn, who is currently detained at Whiting Forensic Hospital and is unable to access the Court to vindicate his rights due to unlawful incarceration.
2. I have a significant and bona fide relationship with John Flynn, and I seek only to protect his constitutional rights and personal liberty.
3. I submit this filing in good faith and without any personal gain or interest, solely to secure the immediate and lawful remedy to which John Flynn is entitled under the Constitution.

Executed this 12th day of May 2025

Lori Hopkins-Cavanagh, In esse, sui juris
Next Friend for John Flynn
1 Pine Woods Road
North Stonington, CT 06359



**USPS PRIORITY MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Lori Hopkins Cavanagh
1 Pine Woods Rd
North Stonington, CT 06359

URGENT HABEAS

TO: Clerk of Court
U.S. District Court
District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT 06604



Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE