-1-

Fed District Court                                        4/30/25
3:25 00550-SFR et all.

                        AFFIDAVIT of HARM
John Flynn (age 61)
    Petitioner,           Copy To Joe Crego.
        v.
Whiting Forensic Hospital
Department of Forensic Evaluations
Katrina Lawrence LCSW
Piali Samanta MD
Kevin Young
Carl Checetti    et all
    Respondents.


Emergency Motion dated 4/30/25
For Immediate Hearing and
Temporary Injunctive Relief and
Notice of Federal Escalation.
based on DMHAS Ethical violations.


Now Comes the Petitioner John Flynn
involuntarily confined and experimented
on at Whiting Forensic Hospital.

experimented Type 1 diabetes patient subjected to a no-protein, total carbohydrate, total sugar diet.

## AFFIDAVIT OF HARM

1. It was necessary for DMHAS to notify Flynn that Dennis Bradley would not be attending the Competency Hearing. (6th Amendment) Absence of Counsel.

2. US Jurisdictions, statutes and State Law prohibit using information obtained during a competency hearing to prove criminal culpability, these items of false arrest were shared and reported to John J. Flynn SR (age 88)

3. Competency reports should not mention FALSIFIED incriminating information of "Conspiracy Theory".

-3-

4. Katrina Lawrence (Defendant) statements testimony is excessive advocacy. The testimony covered up Election Fraud NATIONWIDE and enormous State Created Radiation Risk of 5G.

5. The psychiatrist should not tell prosecutors the defendants detailed collateral sources. There are TEN violations.

6. The psychiatrist is NOT TO reveal the 10 collateral sources. No specific information should have been revealed. NONE.

7. The staff illegally used their expertise for reasons other than determining competance.

8. The staff did NOT view the video evidence of the robbery and assault of Flynn by

-4-

Gonzalles.

9. The staff did not view the 20 minute video of Flynn that revealed the Judge that was hooked on OXY. That Judge retaliated.

10. The staff covered up major crimes disgussed. The is no information to yield a conviction of Flynn.

11. Judges ordered a competency review to hold Flynn to avoid releasing Flynn on bail.

12. The psychotrist misued their expertise for patient care to aid in the false prosecution.

13. The Presidential election was stolen in AC 46604 and FSTCV 225027404S and the District Attorney coached the psychologist that Dennis Bradley was paid by NewsL CT and the psychogist covered it up.

-5-

14. The psychologist prepared the record for the State's Attorney AND violated HIPPAA.

15. The psychologist used their expertise unethically for other than competantcy. The Hospital used a falsified diagnosis of paranoid schitophrania. Falsely claimed to be able to return Flynn to competantcy using psychotics. The staff claimed to be able to restore 90% of the paraNOID PATIENTS to competantcy. This is Fraud.

16. The District Attorney who falsified the charges intends to use the falsified mental state to cover-up the STATE created liability of Denying All Humalog and Lantus to Flynn for 90 days in the detailed behavioral data the psychiatrist obtained during the forced

-6-

medication period of both Latuda and Zyprexa.

Both Latuda and Zyprexa are <u>not</u> to be used during high sugar periods.

Flynn's blood sugar averaged 500-550 from March 24 through April 6 2025.

Flynn was forced with Psychotics that cause STROKE. These facts are covered up by Psychiatrist Crystal Salcido.

17. The Defense attorney Dennis Bradley is also working for DA Halstrom. Dennis is under federal indictment for money laundering, campaign finance fraud and Perjury. Dennis is being extorted. The American Psychiatric Association's Ethical Principals and the AAPL Ethical Guidelines were violated by the Psychiatrist when Flynn was denied Counsel.

and precluded access to counsel. DMHAS refused a witness and refused to record the discussions about Dennis Bradley as an FBI accomplice of Elizabeth Greenwood and Frank Riccia who are also perjuring Dennis Bradley.

The psychiatrist was not objective.

18. The practice created Ethical problems for the prosecution retained DMHAS phycoatrist to cover up a falsified Threatening charge a falsified resisting arrest charge and a falsified criminal Trespass charge for a Candidate Running for US Senate.

19. The Hippocratic oath tradition in medical ethics is destroyed. Beneficence is now Malfeasences; the need to help patients not cause harm. Flynn cannot help Dennis refuse in gathering Discovery.

20. Psychiatrists should conduct objective evaluations. The Treatment was used by the State to block all access of Flynn to the Courts, the internet, emails, and social media. The State refused paper, WORD, pens and all electronic access to PACER, e-filings and PDF filing.

21. The Psychiatrists were coached and mislead by the District Attorney who falsified the charges. The statements of Flynn were protected first Amendment Speech of a Candidate Protected by the President's January 20th executive order to END the weaponization of the Federal and State Government. The Psychotropics forced on Flynn will not and did not bring about Trial competance. The Doctors participated in falsifying a diagnosis they predicted they could restore. The Doctors falsified a diagnosis to please the DA who retained them, forcing Flynn to make Flynn elgable for framing him.

22) The District Attorney had knowledge that Flynn was denied insulin for 50 days and forced psychotics on Flynn that cause STROKE in Patients with high sugar. (550 for 10 days) Testimony on the record confirms this.

4/30/25

(6 people refused to copy Chris / Arlene and the entire staff of Whiting Forensic)

John H
31 Quintard
Norwalk Ct 06854

Competency Drugs will Kill Diabetics forced off insulin.

Judge Ravel6
US District Court
Consolidate
450 Main St.
Hartford CT 06103